FILED

J.N

SEP 2 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | 07CV5443 |
| Plaintiff, | ) ) | JUDGE COAR MAG. JUDGE KEYS |
| v. | ) ) | |
| PRESBYTERIAN HOMES | ) ) | COMPLAINT |
| Defendant. | ) ) ) | JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of race and national origin, and to provide appropriate relief to the employee who was adversely affected by such practices. Plaintiff, the United States Equal Employment Opportunity Commission ("EEOC" or "Commission"), alleges that Defendant Presbyterian Homes ("Defendant" or "Presbyterian Homes"), discriminated against Josephine Ramirez ("Charging Party" or "Ramirez") by subjecting her to different terms and conditions of employment (demotion) and discharging her, or, in the alternative, constructively discharging her, because of her race, Asian, and her national origin, Filipino.

## JURISDICTION AND VENUE

1.     Jurisdiction of this court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

1

2.    The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division.

## PARTIES

3.    Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4.    At all relevant times, Defendant Presbyterian Homes has continuously been and is now doing business in the State of Illinois and the City of Lake Forest, and has continuously had at least fifteen (15) employees.

5.    At all relevant times, Defendant Presbyterian Homes has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.    More than thirty days prior to the institution of this lawsuit, Ramirez filed a charge with the Commission alleging violations of Title VII by Presbyterian Homes. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.    Since at least 2002, Defendant has engaged in unlawful employment practices at its facility in Lake Forest, Illinois, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1). These unlawful employment practices include, but are not limited to, the following:

(a) subjecting Ramirez to different terms and conditions of employment by demoting her

2

because of her race, Asian, and her national origin, Filipino;

(b) discharging Ramirez because of her race, Asian, and her national origin, Filipino; and

(c) constructively discharging Ramirez.

8.      The effect of the practices complained of in paragraph seven (7) above has been to deprive Ramirez of equal employment opportunities and otherwise adversely affect her status as an employee because of her race and national origin.

9.      The unlawful employment practices complained of in paragraph seven (7) were intentional.

10.      The unlawful employment practices complained of in paragraph seven (7) above were done with malice or with reckless indifference to the federally protected rights of Ramirez.

### PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Defendant Presbyterian Homes, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of race and/or national origin;

B.      Order Defendant Presbyterian Homes to institute and carry out policies, practices, and programs which provide equal employment opportunities for Asian and Filipino employees, and which eradicate the effects of its past and present unlawful employment practices;

C.      Order Defendant Presbyterian Homes to make whole Ramirez by providing appropriate back pay with pre-judgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices;

D.      Order Defendant Presbyterian Homes to make whole Ramirez by providing

3

compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, in amounts to be determined at trial;

E.  Order Defendant Presbyterian Homes to make whole Ramirez by providing compensation for past and future non-pecuniary losses, including, but not limited to, emotional pain, suffering, inconvenience, loss of enjoyment of life and humiliation, in amounts to be determined at trial;

F.  Order Defendant Presbyterian Homes to pay Ramirez punitive damages for its malicious and/or reckless conduct described above, in amounts to be determined at trial;

G.  Grant such further relief as the Court deems necessary and proper in the public interest; and

H.  Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,
RONDALD COOPER
General Counsel

JAMES LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
1801 "L" Street, N.W.
Washington, D.C.  20507

4

John C. Hendrickson
Regional Attorney

Diane I. Smason
Supervisory Trial Attorney

Aaron R. DeCamp
Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
500 West Madison Street
Suite 2800
Chicago, Illinois 60661
(312) 353-7582

5